UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  05-0489M-01 (CR) |
| **EDDIE DUBOSE,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Dangerous Weapon) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about September 7, 2005, within the District of Columbia, **EDDIE DUBOSE**, did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in
violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about September 7, 2005, within the District of Columbia, **EDDIE DUBOSE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

    (**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about September 7, 2005, within the District of Columbia, **EDDIE DUBOSE**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which are incorporated herein, a firearm, that is, a Sig Sauer .40 caliber semi-automatic pistol.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about September 7, 2005, within the District of Columbia, **EDDIE DUBOSE**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place

of business or on other land possessed by him, a dangerous weapon capable of being concealed, that

is, a knife.

**(Carrying a Dangerous Weapon**, in violation of Title 22,  District of Columbia Code, Section 4504(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.