UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
DEC 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-372 (JDB) |
| __EDDIE DuBOSE__, | : | |
| Defendant. | : | |

### ORDER

Upon the oral motion of defendant _____EDDIE DuBOSE_____, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from _____12/20/05_____ through and including _____1/11/06_____, shall be excluded in computing the date for speedy trial in this case.

Dated: _____December 20, 2005_____

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States