**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

JAN 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Criminal Action No. _05-372_ **(JDB)** |
| EDDIE DUBOSE , | : | |
| **Defendant.** | : | |

### ORDER

Upon the oral motion of defendant _____ EDDIE DUBOSE

, and the consent and agreement of the government, the Court finds that, for the reasons stated in

Court on this date, the interests and ends of justice are best served and outweigh the interests of

the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to

the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from

____1/11/06____ through and including

____4/10/06____, shall be excluded in computing the date for speedy trial in

this case.

Dated: ____January 11, 2006____

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States