UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Cr. No. 05-372 (JB) |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

**MOTION FOR LEAVE TO LATE FILE
MOTION TO SUPPRESS PHYSICAL EVIDENCE**

The Defendant, through undersigned counsel, respectfully request leave to late file the attached Motion to Suppress Physical Evidence. In support of this request, counsel states:

1. The Defendant was arrested in this case on September 8, 2005. On October 21, 2006, the Defendant was arraigned on the instant indictment.

2. On January 11, 2006, the Court held a status hearing, set a trial date for April 11, 2004, and directed the parties to file motions by January 24, 2006.

3. Due to counsel's trial schedule, counsel for the Defendant was not able to file the instant Motion to Suppress Physical Evidence by the scheduled deadline set by the Court. In order to insure that the Defendant receives effective assistance of counsel in this case, counsel for the Defendant therefore requests leave to late file the attached motion.

WHEREFORE, for the foregoing reasons, and for any which may become apparent at a hearing on this motion, it is urged that this Court grant this motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

/s/

DAVID W. BOS.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, David W. Bos., Assistant Federal Public Defender, hereby certify that a copy of the motion has been served upon Wanda Dixon, Esquire, Assistant United States Attorney by electronic means this February 8, 2006.

/s/
DAVID W. BOS
Assistant Federal Public Defender