UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Cr. No. 05-372  (JDB) |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of defendant's motion for leave to late file Motion To Suppress Physical Evidence, it is hereby

ORDERED that defendant's motion is GRANTED;

SO ORDERED.

_____
THE HONORABLE JUDGE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Wanda Dixon