## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 05-372 (JB) |
| | : |
| **EDDIE DUBOSE,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that all physical evidence recovered by the police in this case is suppressed.

SO ORDERED.

                                                THE HONORABLE JUDGE JOHN D. BATES
                                                UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Wanda Dixon