UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-372 (JDB)** |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the motions hearing in this matter to a date convenient to the Court and to the parties, and as reasons states the following:

1. This case is scheduled for a motions hearing on Friday, February 17, 2006 at 11:00. The parties' motions were originally due in this case on January 25, 2006. However, counsel for the defense was in a trial that week, and the Court accepted counsel's unopposed motion to late file motions on February 9, 2006. Government's response to the motion is due on February 16, 2006, one day before the motions hearing is scheduled.

2. Due to a heavy caseload and other assignments, the Assistant United States Attorney to whom this case is assigned would request that the motions hearing be rescheduled to a date during the week of March 13, 2006, or any other date that is convenient to the Court. The undersigned attorney recently completed trial on February 6, 2006 in the case of United States v. Delmar Hayes, cr 05-111. After the completion of that trial, the undersigned attorney is now in preparation for the case of United States v. William Bryant and Timothy Walker, cr 05-139, which is scheduled for February 22, 2006. Consequently, the undersigned has not been able to

devote full attention to the motions hearing scheduled for Friday, February 17, 2006 in the above-captioned case.

3. As previously noted, David Bos, on behalf of Mr. Dubose, does not oppose the government's request. The trial in this matter is not scheduled until April 10, 2006, thus providing several opportunities to reschedule the motions hearing. Consequently Mr. Dubose, who is not incarcerated pending the trial, should not be unduly prejudiced by the government's request. Since the defendant's motion remains pending, the time period up until the new motions hearing date by statute will be excluded from the Speedy Trial Calculation for this case.

Wherefore for these reasons and any other reasons as may appear to the Court, the government makes this unopposed request to continue the motions hearing scheduled for February 17, 2006 to a time during the week of March 13, 2006, or any other date and time that is convenient to the Court and the parties in this case.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____/s/_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Fourth Floor, Room 4122
Washington, D.C. 20530
(202) 514-6997