UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.: 05-372 (JDB)** |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based on the Government's Response to Defendant's Motion to Suppress Evidence, and other reasons as developed at the hearing in this matter, the Defendant's motion is hereby DENIED.

IT IS SO ORDERED.


Date:_____        _____
                                The Honorable John D. Bates
                                United States District Judge