UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-372 (JDB) |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

## ADDENDUM TO GOVERNMENT'S RESPONSE TO
## DEFENSE MOTION TO SUPPRESS PHYSICAL EVIDENCE

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following information as additionAL support for its opposition to the defendant's motion to suppress evidence.

**Defendant has no standing to contest the recovery of the physical evidence**

As a threshold matter, the government notes that the right to object to searches and seizures is personal, and can be invoked only at the instance of one whose rights were allegedly infringed by the challenged search and seizure. United States v. Salvucci, 448 U.S. 83 (1980). It is axiomatic that a defendant may claim the benefits of the exclusionary rule only if his or her own constitutional rights have been violated; he or she cannot vicariously assert the rights of others. Rakas v. Illinois, 439 U.S. 128, 134 (1978). In Rakas, the Supreme Court held that the defendant, a mere passenger in the car, lacked standing to challenge the admissibility of the evidence seized because he had no reasonable expectation of privacy in the area searched. Here, the gun was recovered from under a parked vehicle., which is not registered to the defendant, on a public street. The defendant bears the burden of showing that he would have an expectation of privacy under these circumstances, and his motion to suppress should be denied.

  For these reasons, and any other reasons as may appear to the Court in a hearing on this matter, the United States respectfully submits that defendant's motion to suppress physical evidence should be denied.

              Respectfully submitted,
              KENNETH L. WAINSTEIN
              UNITED STATES ATTORNEY


              _____/s/_____
              WANDA J. DIXON
              ASSISTANT UNITED STATES ATTORNEY
              555 Fourth Street, N.W.
              Fourth Floor, Room 4122
              Washington, D.C. 20530
              (202) 514-6997