**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 05-372(JDB)** |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including March 14, 2006 to file its supplemental response to the defendant's motion to suppress evidence. In support of its motion, the government states the following:

1. Due to a heavy caseload and other assignments, the Assistant United States Attorney to whom this case is assigned was unable to timely file its supplemental response to defendant's motion. The undersigned attorney has been involved in motions and trial in the case of United States v. Mitchell, cr05-110 (EGS) since March 6, 2006. That trial concluded on March 13, 2006, the date that the response to the defense motion was due. At the time that the due date of March 13, 2006 was assigned, the undersigned attorney informed the Court about the pending trial, however, at that time it did not appear that the trial would continue past March 10, 2006. Unfortunately, however, the trial took longer than expected, and did not conclude until shortly before the end of the business day on March 13, 2006.

2. Morever, the undersigned had a motions hearing in the case of United States v. Walker and Bryant, cr05-139(PLF) on the morning of March 14, 2006. Consequently, the response to this motion could not be completed and filed until March 14, 2006.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Supplemental Response to the Defendant's motion up to and including March 14, 2006, and hereby requests leave to late file the attached pleading.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

______________________________

Wanda J. Dixon
Assistant U.S. Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W. - Room 4122
Washington, D.C. 20001
(202) 514-6997