UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-372(JDB) |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including March 17, 2006 to file its additional supplemental response to the defendant's motion to suppress evidence. In support of its motion, the government states the following:

1. The government has previously filed a supplemental response to the defendant's motion to suppress evidence in this case on March 14, 2006. However, the undersigned attorney has since realized that an important argument for resisting the motion was inadvertently omitted from its supplemental response.

2. Defense counsel has been consulted regarding the filing of the addition to the supplemental response, and does not object to a grant of permission to file the addition to the supplement.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Additional Supplemental Response to the Defendant's motion up to and including March 17, 2006, and hereby requests leave to late file the attached pleading.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____

Wanda J. Dixon
Assistant U.S. Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W. - Room 4122
Washington, D.C. 20001
(202) 514-6997