UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-372 (JDB)** |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the Government's Motion for enlargement of time to file its Additional Supplemental Response to the Defendant's Motion to Suppress, the government's motion is hereby GRANTED.

IT IS SO ORDERED.


Date:_____          _____
                                    The Honorable John D. Bates
                                    United States District Judge