**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 05-372 (JDB)** |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S  MOTION TO CONTINUE TRIAL DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the trial date  in this matter to a date convenient to the Court and to the parties, and as reasons states the following:

1.  This case is scheduled for a trial on April 10, 2006.  However, the government has learned that two of its important witnesses have prearranged vacation plans for that week.  The testimony of both of theses witnesses–MPD Officer Jones and Sgt. Baxa, is crucial to the government's case in this matter.

2.   Counsel has spoken to David Bos on behalf of Mr. Dubose who states that he can take no position on the government's request at this time because he has not had the opportunity to speak to his client about the matter.  Mr. Dubose is not incarcerated pending trial and will not be unduly prejudiced by the government's request.  Counsel also spoke with Mr. Bos regarding a new trial date, and he states that he will be available to try this case during the week of April 24, 2006 if that is available and convenient to the Court.   This case is scheduled for a status hearing on Wednesday, March 29, 2006.

Wherefore for these reasons and any other reasons as may appear to the Court, the government makes this request to continue the trial scheduled for April 10, 2006 to a time during

the week of April 24, 2006, or any other date and time that is convenient to the Court and the

parties in this case.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____/s/_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Fourth Floor, Room 4122
Washington, D.C. 20530
(202) 514-6997