UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 05-372 (JDB)** |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based on the Government's Motion to continue trial and the reasons set forth therein, the government's motion is hereby GRANTED. This case will be reset to a date convenient to the Court and the parties.

IT IS SO ORDERED.


Date:_____                    _____
                                           The Honorable John D. Bates
                                           United States District Judge