# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Cr. No. 05-372 (JB)** |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

_____

## MOTION FOR EXTENSION OF FILING DEADLINE

The Defendant, through undersigned counsel, respectfully request that the deadline by which the Defendant's response to the Government's Supplemental Response to Defense Motion to Suppress Physical Evidence and Government's Additional Supplemental Response to Defense Motion to Suppress Physical Evidence extended to March 24, 2006. In support of this motion, counsel for the Defendant states:

1. On February 24, 2006, the Court convened a motion hearing to determine the admissibility of evidence seized from Mr. Dubose and a green Lexus automobile.  After the hearing, the Court invited the Government to file a supplemental pleading on the issues raised in the hearing and directed the Government to file its pleading by March 14, 2006, and the Defendant to file any response by Monday, March 20, 2006.

2. The Government filed its initial pleading on March 14, 2006. On Friday, March 17, 2006, at 9:00 p.m., however, the Government filed an additional supplemental motion raising, for the first time, a new justification to uphold the seizures and subsequent searched in this case. Counsel for the Defendant did not see the Government's additional supplemental pleading until

Monday, March 20, 2006, the day on which the Defendant's response to the Government's initial pleading was due.

3. Because of the issues raised in the Government's March 17, 2006, filing, counsel for the Defendant requests that the deadline by which the Defendant's response is due be extended to March 24, 2006.

4. Government counsel is presently in trial before Judge Friedman; counsel for the Defendant therefore has not been able to discuss with the Government its position with regard to this motion.

WHEREFORE, for the foregoing reasons, and for any which may become apparent at a hearing on this motion, it is urged that this Court grant this Motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

/s/
_____

DAVID W. BOS.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, David W. Bos., Assistant Federal Public Defender, hereby certify that a copy of the motion has been served upon Wanda Dixon, Esquire, Assistant United States Attorney.

/s/
_____

DAVID W. BOS
Assistant Federal Public Defender

**DATE:**