UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Cr. No. 05-372 (JB) |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of defendant's motion to extend to deadline by which the Defendant's response to the Government's Supplemental Response and Additional Supplemental Response to Defense Motion to Suppress Physical Evidence, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the Defendant shall file his response no later than March 24, 2006.

SO ORDERED.

_____
THE HONORABLE JUDGE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Wanda Dixon