# Attachment

## AFFIDAVIT OF EDDIE DUBOSE

I, Eddie Dubose, hereby swear and or affirm the following to be true, accurate and correct.

1. My name is Eddie Dubose.

2. My mother's name is Lynda Dubose.

3. My mother, Lynda Dubose, lives at 631 Emerson Street, N.W., Washington, D.C.

4. My mother has lived at 631 Emerson Street, N.W all my life.

5. 631 Emerson Street, N.W. is the home in which I lived as a child when I stayed with my mother.

6. Although I no longer live at 631 Emerson Street, N.W. I regularly visit my mother at that address and have left personal items at that address numerous times.

7. I have always believed that any belongings I left at my mother's residence, including her backyard, would not be disturbed by any person other than my mother.

_____
Eddie Dubose

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 13th day of April, 2006.

Martina Melendez-Ramos, Notary Public, D.C.
My commission expires November 30, 2009