# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**EDDIE DUBOSE,**

**Defendant.**

**Criminal Action No.  05-0372 (JDB)**

## ORDER

_____Upon consideration of defendant's motion to suppress, the various memoranda of the parties, applicable law, and the entire record herein, and for the reasons set forth fully in the Memorandum Opinion issued on this date, it is this nineteenth day of April, 2006, hereby

**ORDERED** that the motion is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that the evidence seized from the search of defendant's person is admissible and will not be suppressed; and it is further

**ORDERED** that all evidence obtained from the search and seizure of the green Lexus is inadmissible and hereby suppressed.

**SO ORDERED.**

/s/     John D. Bates
JOHN D. BATES
United States District Judge

*Copies to*:

Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4235

Washington, DC 20530
(202) 514-6997
Fax: (202) 514-9155
Email: wanda.dixon@usdoj.gov

   *Counsel for the United States of America*


David Walker Bos
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: david_bos@fd.org

   *Counsel for defendant*