UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-372(JDB) |
| | : | |
| **EDDIE DUBOSE,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including May 15, 2006 to file its Motion to Reconsider the Court's Order partially granting suppression in this case. In support of its motion, the government states the following:

1.  The Assistant United States Attorney to whom this case is assigned will be unable to timely file its motion to reconsider the Court's ruling in this case. As previously indicated to the Court, undersigned counsel is filing this motion in consultation with other members of the United States Attorney's Office, specifically, supervisors from the Appellate section of the office. Undersigned counsel has been in frequent contact with supervisors from that division since the status hearing in this case. However, the section is currently involved in a time sensitive, voluminous filing that will greatly impact on the ability to complete consultation and review of the pleading in this case. Undersigned counsel requests that the due date for this pleading be extended to Monday, May 15, 2006.

2.  Undersigned counsel attempted to contact Mr. Bos on behalf of Mr. Dubose to determine the defense position on the request for enlargement of time to file the motion to

reconsider. However, as of 4:46pm on May 8, 2006, undersigned counsel has not been able to reach Mr. Bos. Undersigned counsel would also request that the time for the defense response to the motion to reconsider be enlarged to May 22, 2006 in light of the government's request for additional time, and that the time for the government's reply to defense response, if any, is enlarged to May 26, 2006.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Motion to Reconsider the Court's order granting Defendant's Motion to Suppress Evidence up to and including May 15, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____/s/_____
Wanda J. Dixon
Assistant U.S. Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W. - Room 4122
Washington, D.C. 20001
(202) 514-6997