UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Criminal No.: 05-372 (JDB) |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based on the Government's Motion for enlargement of time to file its Motion to Reconsider the Court's Order granting partial suppression of the defense motion to suppress evidence, , the government's motion is hereby GRANTED.  The government's motion is due on May 15, 2006, defendant's response is due on May 22, 2006, and the government's reply, if any, is due on May 26, 2006.

IT IS SO ORDERED.


Date:_____

The Honorable John D. Bates
United States District Judge