UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-372(JDB) |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including May 19, 2006 to file its Motion to Reconsider the Court's Order partially granting suppression in this case. In support of its motion, the government states the following:

1.  The Assistant United States Attorney to whom this case is assigned will be unable to timely file its motion to reconsider the Court's ruling in this case. As previously indicated to the Court, undersigned counsel is filing this motion in consultation with other members of the United States Attorney's Office, specifically, supervisors from the Appellate section of the office. Undersigned counsel has been in frequent contact with supervisors from that division since the status hearing in this case, however, the review is not yet complete. In an effort to conduct a thorough review of the motion, the government requests that it receive thirty days as provided by case law to submit the motion in this case. See United States v. Ibarra, 502 U.S. 1 (1991). See also United States v. Healy, 376 U.S. 75 (1964); and United States v. Dieter, 429 U.S. 6 (1976).

2. The Government further requests that the time provided for the defense response to the motion to reconsider and the government's reply to the defense response be correspondingly enlarged to a time deemed appropriate by the Court.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Motion to Reconsider the Court's order granting Defendant's Motion to Suppress Evidence up to and including May 19, 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____/s/_____
        Wanda J. Dixon
        Assistant U.S. Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W. - Room 4122
        Washington, D.C. 20001
        (202) 514-6997