UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-372 (JDB) |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based on the Government's Motion for enlargement of time to file its Motion to Reconsider the Court's Order granting partial suppression of the defense motion to suppress evidence, , the government's motion is hereby GRANTED.  The government's motion is due on May 19, 2006.  The time for the defendant's response to the motion and for the government's reply to the defense response will be enlarged as appropriate.

IT IS SO ORDERED.


Date:_____

                                                    _____
                                                    The Honorable John D. Bates
                                                    United States District Judge