GOVERNMENT'S  EXHIBIT  1

<u>Affidavit of Officer Reginald Jones</u>

I, Officer Reginald Jones,  hereby swear and or affirm the following to be true, accurate and correct:

1. My name is Officer Reginald Jones of the Metropolitan Police Department, assigned to the Focus Mission Unit in the 4th District.

2. On or about September 29, 2005,  I participated in an interview with L'ynda Dubose. Ms. Dubose is disabled such that she walks with an assist, such as a cane or a walker, and told me that she is somewhat confined to the basement of her house as a result of her physical condition.

3. Ms. Dubose stated that she is the mother of Eddie Dubose, and that she resides at 631 Emerson Street, NW, in Washington, DC, and has lived there for a long time (a number of years).  She further stated that she lived at the residence alone, and that the defendant, Eddie Dubose, had not lived there for over 3 years.  At the time of the interview, she stated that she did not know where the defendant was living.  On the date of the defendant's arrest, she stated that she had not seen Eddie Dubose, nor had she seen the green Lexus parked in her backyard behind her house until later that afternoon.  She knew that other people had seen Eddie with that car, in the neighborhood or parked behind her house.  Usually, she never saw Eddie when he was in the neighborhood, and did not know when his car was parked in her yard unless she was told by others.  She stated that she learned that Eddie had done that many times, and it hurt her to learn that he would come to the area or park in the yard without visiting her or letting her know.  She stated that she had only seen Eddie about 3 times that year.  She asked to see the photo album with Eddie Dubose's baby's picture that was found in the car, because she stated that she had not seen his baby, despite the fact that the baby was several months old at the time of the interview. During the interview, when talking about the fact that defendant had parked in the yard and was seen in the area without her knowledge or visiting her, Ms. Dubose was visibly upset, and at times, her eyes filled with tears.

Officer Reginald Jones

SWORN TO AND SUBSCRIBED before me this 8th day of
May, 2006, in the District of Columbia.

Notary Public
My commission expires:

Jessica McCormick
Notary Public, District of Columbia
My Commission Expires 12-14-2006