# GOVERNMENT'S EXHIBIT 2

ORIGINAL

1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - -x
                              :
UNITED STATES OF AMERICA      :
                              :
VS.                           :
                              :
EDDIE DUBOSE                  :
                              :
- - - - - - - - - - - - - - -x




                                   Grand Jury No. 04-2
                                   3rd & Constitution, N.W.
                                   Washington, D.C.  20001

                                   September 29, 2005

          The testimony of L'YNDA DUBOSE was taken in the
presence of a full quorum of the Grand Jury, commencing at
10:37 a.m., before:


          VINCENT CAPUTY
          Assistant United States Attorney
```

1   A.   Yes.

23   Q.   Okay. And, ma'am, Eddie Dubose is your son, is that
24   correct?
25   A.   Yes.

1    Q.   And he's 26?
2    A.   Yes.
3    Q.   And you have two other sons, is that correct?
4    A.   Yes.
5    Q.   And that's Carl and Clay?
6    A.   Yes.
7    Q.   And they're both older than Eddie, is that correct?
8    A.   Yes.
9    Q.   And you live at 631 Emerson, correct?
10   A.   Yes.
11   Q.   And how long have you lived there?
12   A.   Since -- I want to say March of -- March or April of
13   1969.
14   Q.   And right now you live there alone, is that correct?
15   A.   Yes.
16   Q.   Eddie does not live with you?
17   A.   No, he doesn't.
18   Q.   But Eddie was raised there, is that correct?
19   A.   Yes.
20   Q.   And when did Eddie move out of the house on Emerson?
21   A.   The first time was when he was 18 and the next time
22   was about three or four years ago.
23   Q.   And Eddie, Eddie also has a girlfriend now, is that
24   correct?
25   A.   Yes.

```
 1    Q.   And is her name --
 2    A.   As far as I know, yes.
 3    Q.   Her name's Tiaka (ph.)?
 4    A.   Tiaka.
 5    Q.   And what's her last name?
 6    A.   Quarles.
 7    Q.   Quarles.  And do they have a baby together?
 8    A.   Yes.
 9    Q.   And is it a boy?
10    A.   Yes.
11    Q.   And the baby was born in February of 2004?
12    A.   Yes.
13    Q.   And do you know where Eddie lives now?
14    A.   No.
15    Q.   But he does not live with you on Emerson Street?
16    A.   No, he does not.
17    Q.   Do you think that he still lives with Tiaka?
18    A.   I don't know.
19    Q.   And do you know where Tiaka lives?
20    A.   No, I don't.
21    Q.   Well, let's go back to the night of September 7th.
22 Your son was arrested that day somewhere around 4 to 5:00 in
23 the evening.  You did not know he had been arrested, is that
24 correct?
25    A.   That's correct.
```

```
 1      Q.   And when did you find out that he had been arrested?
 2      A.   He called me that night from the Fourth Precinct.
 3 That's what he told me, he was at the Fourth Precinct, and
 4 that's when I found out.
 5      Q.   And he told you he'd been arrested?  Now, had you
 6 seen -- prior to Eddie calling you, had you seen your other
 7 son Carl?
 8      A.   Yes.  Carl came back earlier during the day that
 9 day.  He just happened to have called me.  He was in town and
10 he was just leaving a job.  And Carl stopped by to check on me
11 because my van was -- had to go into the shop and he wanted to
12 see if I needed anything.
13      Q.   Now, that day when Eddie was arrested, the police
14 found a green, a dark green Lexus parked in your backyard
15 behind your house.
16      A.   Um-hum.
17      Q.   On that day on September 7th, had you seen that car
18 parked in your backyard?
19      A.   On that day?
20      Q.   Or that night?
21      A.   I did not see a car parked out there until I went to
22 the door when Carl was there.  I had not seen it, not that
23 day.
24      Q.   So when Carl came, when was that?  That night?
25      A.   No, Carl came -- I think it was about -- it was in
```

```
 1  the afternoon, early in the -- 3, 4, I guess.
 2       Q.   So early in the afternoon you --
 3       A.   Yeah
 4       Q.   Around 4:00, you think, you saw this Lexus parked in
 5  your backyard?
 6       A.   No, I saw, I saw a man back there and I was like,
 7  "What's this man doing in my yard?"  And he said, "What are
 8  you talking about?"  And, and I said, well -- you know, he
 9  said -- and I told him and he said, "Well, I'm on my way over
10  there, anyway.  I just, you know, finished work and I'm going
11  to, you know, I'll just stop by, you know, and see what's
12  going on."
13       Q.   Who told you this?
14       A.   Carl.
15       Q.   Oh, Carl.
16       A.   Um-hum.
17       Q.   Okay.  Now, so you, you saw this green car in your
18  backyard?
19       A.   I don't know if it was green or black.  I don't
20  know.
21       Q.   It was a dark --
22       A.   Yeah.
23       Q.   And it was a Lexus?
24       A.   Yes.
25       Q.   And, now, your yard, your backyard has a fence on
```

1  two sides, is that correct?
2       A.   Yes.
3       Q.   And then the front is open?
4       A.   Yes.
5       Q.   And the car was parked in there?
6       A.   Yes.  I don't really drive in the back.
7       Q.   So you, you saw this car earlier at 4 or so, is that
8  correct?
9       A.   Around 4 or so when -- right.
10      Q.   And then later on, you saw it when the police were
11 there, is that correct?
12      A.   I was in there minding my own business reading and I
13 heard some, some sounds, you know, like a -- I guess it may
14 have been twigs or something.  I don't know.  It was making a
15 crackling type sound.  So I got up and went out back and I saw
16 this great big old flatbed tow truck, you know.  That's what I
17 saw then.
18      Q.   When they were towing the car --
19      A.   Right.
20      Q.   -- away --
21      A.   Right.
22      Q.   -- is that correct?  And the police were there?
23      A.   Yeah, I think so.
24      Q.   Now, that green Lexus, did that Lexus belong to
25 Carl?

```
 1      A.    No, it did not.
 2      Q.    What about Clay?
 3      A.    No.
 4      Q.    No?  Do you think that Lexus belonged to Eddie?
 5      A.    As far as I know.
 6      Q.    Have you seen Eddie with that car before?
 7      A.    Yes.
 8      Q.    Now, had other people seen Eddie with that car
 9  before?
10      A.    My neighbor, yes.
11      Q.    Your neighbor?  What did your neighbor say about it?
12      A.    Eddie would hardly come to me.  I wouldn't see him.
13  And my neighbor, who does the yard work for basically everyone
14  in the neighborhood, was outside doing my work and he said, "I
15  see, I see Eddie, Eddie's here" or something.  And I said,
16  "Eddie's here?"  I said, "Where, where is --"  "Well his car
17  is parked out front in front of your house."  He talks like
18  that.  And --
19      Q.    Did he say what type of car it was?
20      A.    Yes.  I had asked him and he said it was a -- "like
21  me," he said.  It's black or, you know, a dark car.  It was a
22  dark small car, small-size car.
23      Q.    Did he say it was a Lexus?
24      A.    Yeah, I think so.
25      Q.    He did say it was a Lexus?
```

```
 1        A.    Um-hum.
 2        Q.    And you've seen Eddie with that car before?
 3        A.    Yes.  I don't know if it -- well, I'm saying yes
 4   because I don't know like tag numbers and whatnot.  I don't --
 5   you know, a car is a car to me.  And it's -- like I drive a
 6   Perseus.  I see another Perseus and you ask me what is that
 7   man's car, you'd say, yes, well, she has one like it, you
 8   know.  So I'm saying it in that aspect.
 9        Q.    Now, Eddie called you back the night after he was
10   arrested?
11        A.    Yeah, he did from the police station.
12        Q.    And did he tell you why he was arrested?
13        A.    No.
14        Q.    Now, has he talked to you since then, since the
15   night he was arrested?
16        A.    Yes, I called.
17        Q.    And has he said anything about why he was arrested?
18        A.    No.
19        Q.    So you don't even know what he was arrested for?
20        A.    No.  You mean --
21        Q.    You didn't know until you came here today, is that
22   correct?
23        A.    I, I -- why he was arrested?
24        Q.    Yes, ma'am.
25        A.    Actually, when -- after I got the subpoena last
```

1  night. Because I looked up on my camera -- my son set a
2  camera up so I can see the front door from the basement. And
3  I saw these cops and I said, "What in the world are police
4  doing at my door at this hour?" And they gave me the subpoena
5  and I didn't know, I was asking the police, "What is this for?
6  What is this for?" And it doesn't say on it. It just says
7  regard to some number and --
8      Q.   Some statute?
9      A.   Yeah, U.S.C. code -- and I'm computer savvy, so I
10 was sitting at the computer and I Googled it, and it told me
11 what I was -- you know, I had been subpoenaed for. So that's
12 when -- and I, you know, I said, "Oh, well."
13     Q.   Now, so Eddie hasn't talked to you about why he was
14 arrested at all?
15     A.   No.
16     Q.   Has Tiaka been in touch with you at all?
17     A.   I have spoken -- yeah, I did -- she did call me from
18 Staples, yeah.
19     Q.   And did she say anything about what had occurred?
20     A.   No. No. She was -- you know, she, you know,
21 basically, EJ's attitude.
22     Q.   Now, do you know, has EJ been in touch with either
23 Carl or Clay, his brothers?
24     A.   With Carl. I think he -- well, Carl told me he
25 spoke with him once.

```
 1        Q.   Did Carl tell you what EJ talked about?
 2        A.   No, and Carl said he doesn't want to know.  Carl --
 3   because Carl is going through something family right now and
 4   he's just, you know -- he said if EJ wanted him to know, he
 5   would tell him, and for me not to worry about it, so --
 6        Q.   Now, could EJ be in your neighborhood -- EJ being
 7   Eddie, your son -- could he be in your neighborhood and you
 8   wouldn't know?
 9        A.   Exactly.
10        Q.   But he does come up to your house?
11        A.   That happened apparently many times.  And that hurt,
12   that hurt because all three of my sons were, you know, raised
13   there on Emerson Street and that's the family home.  And, you
14   know, if you're there, you know, why not stop by and see, see
15   mom, you know.  And --
16        Q.   Do you know that he's been in the area quite a bit
17   or -- do you know that at all?
18        A.   I can't say.  I don't know.
19        Q.   Have your neighbors said that he's been around?
20        A.   No, I don't see Mr. Bradley that often.  He isn't
21   really around too much this year because his wife's been sick.
22   Because that was last year when Mr. Bradley had told me that
23   EJ was -- that I first found out that he was even in the
24   neighborhood and I didn't know it.
25             MR. CAPUTY.  Does anybody have any questions for
```

1  Ms. Dubose?

2      Okay.  Thank you.

3      WITNESS.  Um-hum.

4      MR. CAPUTY.  Let me help you out here.

5      (Whereupon, the witness was excused at 10:50 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

I hereby certify that the foregoing is a true and accurate transcript, to the best of my skill and ability, from my stenographic notes/electronic recording.

October 13, 2005
Date

*David L. Becker* (signature)
David L. Becker
Court Reporter

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947