UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDDIE DUBOSE, )<br>)<br>Defendant. )<br>_____ ) | Cr. No. 05-372 (JDB) |

**ORDER**

Upon consideration of the <u>The Defendant's Motion to Strike Government Exhibits</u>, it is hereby

**ORDERED** that the May 8, 2006, Affidavit executed by Officer Reginald Jones is hereby stricken from the Record in this case, it is

**FURTHER ORDERED**, that the Grand Jury testimony of L'ynda Dubose, taken on September 29, 2005, is hereby stricken from the Record in this case.

**SO ORDERED**.

_____
THE HONORABLE JUDGE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Wanda Dixon