UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.: 05-372 (JDB)** |
| : | |
| **EDDIE DUBOSE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based on the Government's Response to defendant's Motion to Strike Government Exhibits, and any other reasons as may appear to the Court, the defendant's motion is hereby DENIED.

IT IS SO ORDERED.


Date:_____                    _____
                                          The Honorable John D. Bates
                                          United States District Judge