UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDDIE DUBOSE,<br><br>Defendant. | Criminal Action No.  05-0372 (JDB) |

### ORDER

_____Upon consideration of the government's motion to reconsider the Court's Memorandum Opinion of April 19, 2006, defendant's motion to strike two exhibits submitted by the government for the first time simultaneously therewith, the various memoranda of the parties, applicable law, and the entire record herein, and for the reasons set forth fully in the Memorandum Opinion issued on this date, it is this fifth day of July, 2006, hereby

**ORDERED** that defendant's motion is **GRANTED** and the grand jury testimony of L'ynda Dubose, as well as the affidavit of Officer Jones, are hereby **STRICKEN**; it is further

**ORDERED** that the government's motion is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that the discussion of an "immediately apparent nexus to crime" under the plain view doctrine in the April 19, 2006 Memorandum Opinion is hereby **AMENDED** as set forth in the Memorandum Opinion issued on this date; it is further

**ORDERED** that the April 19, 2006 Memorandum Opinion otherwise remains unchanged

by this Order and the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that the evidence obtained from the unlawful seizure and subsequent search of the green Lexus remains **INADMISSIBLE** and **SUPPRESSED**; and it is further

**ORDERED** that the parties shall appear for a status conference on July 25, 2006 at 9:00 a.m.

**SO ORDERED.**

/s/   John D. Bates
JOHN D. BATES
United States District Judge

*Copies to*:

Wanda J. Dixon
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4235
Washington, DC 20530
(202) 514-6997
Fax: (202) 514-9155
Email: wanda.dixon@usdoj.gov
   *Counsel for the United States of America*

David Walker Bos
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: david_bos@fd.org
   *Counsel for defendant*