CO-290
Notice of Appeal Criminal                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA            )
                                    )
                                    )
vs                                  )        Criminal No.  05-0372 (JDB)
                                    )
                                    )
EDDIE DUBOSE                        )
                                    )

## NOTICE OF APPEAL

Name and address of appellant          United States of America

Name and address of appellant's attorney          Roy W. McLeese III
                                                   United States Attorney's Office
                                                   Room 8104
                                                   555 4th Street, NW
                                                   Washington, DC 20530

Offense: 18 USC 924(c)(1), 21 USC 841(a)(1), 841(b)(1)(B)(iii), & 841(b)(1)(D)
         and 22 DC Code 4504(a)

Concise statement of judgment or order, giving date, and any sentence

   Appeal from the Court's Order of July 5, 2006, entered on the docket on July 5, 2006,
   granting in part and denying in part the government's motion for reconsideration of Order
   entered on April 19, 2006, granting in part and denying in part defendant's motion to
   supress evidence.

Name and institution where now confined, if not on bail: N/A

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_____          _____
DATE                                     APPELLANT


CJA, NO FEE _____              _____
PAID USDC FEE _____              ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No