UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Cr. No. 05-372 (JDB) |
| : | |
| **EDDIE DUBOSE** : | |
| : | |
| _____ : | |

## CERTIFICATION

On August 4, 2006, the United States of America noted an appeal from the Court's Order of July 5, 2006, entered on the docket on July 5, 2006, granting in part and denying in part the government's motion for reconsideration of Order entered April 19, 2006, granting in part and denying in part defendant's motion to suppress evidence. Pursuant to 18 U.S.C. § 3731, the United States hereby certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_____
**KENNETH L. WAINSTEIN**
United States Attorney

_____
**ROY W. McLEESE III**
Assistant United States Attorney

_____
**THOMAS J. TOURISH, JR.**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certification has been mailed to counsel for appellee Eddie DuBose: Mr. David Walker Bos, Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004, on this 4th day of August, 2006.

_____
**THOMAS J. TOURISH, JR.**
**Assistant United States Attorney**
**United States Attorney's Office**
**555 Fourth Street, N.W.**
**Washington, D.C.  20530**
**(202) 514-7090**