# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3121**  September Term, 2006

05cr00372-01

Filed On:

**United States of America,**
      Appellant

v.

**Eddie Dubose,**
      Appellee

FILED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEC X 8 2006

### O R D E R

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk