UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0372 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **EDDIE DUBOSE,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Edward A. O'Connell, at telephone number 202-514-6997 and/or e-mail address edward.o'connell@usdoj.gov . Assistant United States Attorney O'Connell will substitute for Assistant United States Attorney Wanda J. Dixon as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney


_____/s/_____
EDWARD A. O'CONNELL
ASSISTANT UNITED STATES ATTORNEY
Bar No. 460-233
Organized Crime and Narcotics Trafficking Section
555 Fourth Street NW
Room 4122
Washington, DC  20530
(202) 514-6997
(fax) (202) 514-8707