# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No.:   05-0372 (JDB) |
| : | |
| **EDDIE DUBOSE,** : | |
| **Defendant.** : | |

## D I S M I S S A L

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 489-610


BY:          /S/
EDWARD A. O'CONNELL
ASSISTANT UNITED STATES ATTORNEY
Bar No. 460-233
Organized Crime and Narcotics Trafficking Section
555 Fourth Street NW
Room 4122
Washington, DC  20530
(202) 514-6997
(fax) (202) 514-8707