UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.:   05-0372 (JDB) |
| | : | |
| **EDDIE DUBOSE,** | : | |
| Defendant. | : | |

### O R D E R

The United States, having requested leave of this Court to dismiss the above-captioned case without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure;

it is hereby **ORDERED**, that leave is granted and that the above-captioned case is dismissed;

and it is further **ORDERED**, that the above-named defendant is hereby released and discharged of the charges in this case.  Done this _____ day of **December, 2006**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Edward A. O'Connell
Assistant United States Attorney
555 Fourth Street NW
Room 4122
Washington, DC 20530

David W. Bos, Esq.
Assistant Federal Public Defender
625 Indiana Avenue NW
Suite 550
Washington, DC 20004